GEORGE FELDMAN MCDONALD, PLLC
Rebecca A. Peterson (241858)
RPeterson@4-justice.com
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Tel.: (612) 778-9595
Fax: (888) 421-4173

EDTECH LAW CENTER PLLC
Julie U. Liddell (*pro hac vice* forthcoming)
julie.liddell@edtech.law
W. Andrew Liddell (*pro hac vice* forthcoming)
andrew.liddell@edtech.law
904 Rio Grande Street, Suite 100
Austin, TX 78701
Telephone: +1 737 990 5875

*Attorneys for Plaintiffs*

[Additional counsel listed on signature page]

PERKINS COIE LLP
Sunita Bali (Bar No. 274108)
*SBali@perkinscoie.com*
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Lauren J. Tsuji (Bar No. 300155)
*LTsuji@perkinscoie.com*
Anna Mouw Thompson (*Pro Hac Vice* Forthcoming)
*AnnaThompson@perkinscoie.com*
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

*Attorneys for Defendant GOOGLE, LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| John Roe and Jane Roe, on behalf of themselves and their minor child, M.C.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:25-cv-08927<br><br>**STIPULATION AND [PROPOSED] ORDER ON MOTION TO DISMISS BRIEFING SCHEDULE** |

Pursuant to Civil Local Rule 6-1(b), the parties, by and through their attorneys of record, hereby agree and stipulate as follows:

WHEREAS, Google's current deadline to respond to the Amended Complaint is December 22, 2025;

WHEREAS, Google intends to move to dismiss the claims in the Amended Complaint;

WHEREAS, the parties have conferred and agreed to stipulate to extend the time for Google to file its Motion to Dismiss to January 12, 2026 in accordance with Civil Local Rule 6-1(a);

WHEREAS, the parties have further agreed to the following proposed briefing schedule for Plaintiff's Opposition to the Motion to Dismiss and Google's Reply in Support of the Motion to Dismiss, subject to Court approval;

WHEREAS, there have been no other requests to alter any case deadlines, and the proposed schedule would avoid any party having to brief over the upcoming holidays;

Accordingly, **IT IS HEREBY STIPULATED AND AGREED** between the parties that the Motion to Dismiss briefing schedule is as follows:

| Event | [Proposed] Deadline |
| --- | --- |
| Google's Motion to Dismiss | January 12, 2026 |
| Plaintiffs' Opposition to Motion to Dismiss | February 13, 2026 |
| Google's Reply | March 6, 2026 |

Dated: December 18, 2025

Respectfully submitted,

**GEORGE FELDMAN MCDONALD, PLLC**

By: */s/ Rebecca A Peterson*

Rebecca A. Peterson (241858)
RPeterson@4-justice.com
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Tel.: (612) 778-9595
Fax: (888) 421-4173

Julie U. Liddell (*pro hac vice* forthcoming)
julie.liddell@edtech.law
W. Andrew Liddell (*pro hac vice* forthcoming)
andrew.liddell@edtech.law
904 Rio Grande Street, Suite 100
Austin, TX 78701
Tel: 737-351-5855
**EDTECH LAW CENTER PLLC**

Will Horowitz (Cal. Bar No. 323961)
will@qureshi.law
Omar G. Qureshi (Cal. Bar No. 323493)
omar@qureshi.law
700 Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: (213) 600-6096
Fax: (213) 277-8989
**QURESHI LAW PC**

David George (*pro hac vice* forthcoming)
DGeorge@4-Justice.com
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Tel.: (561) 232-6002
Fax: (888) 421-4173
**GEORGE FELDMAN MCDONALD PLLC**

Lori G. Feldman (*pro hac vice* forthcoming)
LFeldman@4-justice.com
Michael Liskow (SBN 243899)
MLiskow@4-Justice.com
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel.: (718) 878-6433
Fax: (888) 421-4173
**GEORGE FELDMAN MCDONALD PLLC**

Ryan J. Ellersick (Cal Bar No. 357560)
6420 Wilshire Blvd, Suite 1080
Los Angeles, CA 90048
Tel: (310) 752-9385
Fax: (877) 500-8781
**ZIMMERMAN REED LLP**

*Attorneys for Plaintiffs*

| | |
|---|---|
| Dated: December 18, 2025 | **PERKINS COIE LLP** |
| | By:  /s/ Sunita Bali |
| | Sunita Bali (Bar No. 274108) |
| | *SBali@perkinscoie.com* |
| | 505 Howard Street, Suite 1000 |
| | San Francisco, California 94105-3204 |
| | Telephone: +1.415.344.7000 |
| | Facsimile: +1.415.344.7050 |
| | |
| | Lauren J. Tsuji (Bar No. 300155) |
| | *LTsuji@perkinscoie.com* |
| | Anna Mouw Thompson (*Pro Hac Vice* Forthcoming) |
| | *AnnaThompson@perkinscoie.com* |
| | 1301 Second Avenue, Suite 4200 |
| | Seattle, Washington 98101-3099 |
| | Telephone: +1.206.359.8000 |
| | Facsimile: +1.206.359.9000 |