1  **PERKINS COIE LLP**
   Sunita Bali (Bar No. 274108)
2  *SBali@perkinscoie.com*
   505 Howard Street, Suite 1000
3  San Francisco, California 94105-3204
   Telephone: +1.415.344.7000
4  Facsimile:  +1.415.344.7050
5
   Lauren J. Tsuji (Bar No. 300155)
6  *LTsuji@perkinscoie.com*
7  Anna Mouw Thompson *(Pro Hac Vice* Application Forthcoming*)*
   *AnnaThompson@perkinscoie.com*
8  1301 Second Avenue, Suite 4200
   Seattle, Washington 98101
9  Telephone: +1.206.359.8000
   Facsimile:  +1.206.359.9000
10
11 *Attorneys for Defendant GOOGLE LLC*

                       **UNITED STATES DISTRICT COURT**

                       **NORTHERN DISTRICT OF CALIFORNIA**

                              **SAN FRANCISCO DIVISION**

| JOHN ROE and JANE ROE, on behalf of themselves and their minor child, M.C., | Case. No. 3:25-cv-08927-AMO |
|---|---|
| Plaintiffs, | **GOOGLE LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER FED. R. CIV. P. 7.1 AND CIV. L.R. 3-15** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | Judge: Hon. Araceli Martínez-Olguín |

GOOGLE'S CORPORATE DISCLOSURE STATEMENT
CASE NO. 3:25-CV-08927-AMO

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC discloses the following: Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock. Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC
2. XXVI Holdings Inc., Holding Company of Google LLC
3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Dated: January 12, 2026	**PERKINS COIE LLP**

By:*/s/ Sunita Bali*
Sunita Bali (Bar No. 274108)
Lauren J. Tsuji (Bar No. 300155)
Anna Mouw Thompson (*Pro Hac Vice* Application Forthcoming*)*

*Attorneys for Defendant GOOGLE LLC*