1  **PERKINS COIE LLP**
   Sunita Bali (Bar No. 274108)
2  *SBali@perkinscoie.com*
   505 Howard Street, Suite 1000
3  San Francisco, California 94105-3204
   Telephone: +1.415.344.7000
4  Facsimile:  +1.415.344.7050

5

6  Lauren J. Tsuji (Bar No. 300155)
   *LTsuji@perkinscoie.com*
7  Anna Mouw Thompson *(Pro Hac Vice* Application Forthcoming*)*
   *AnnaThompson@perkinscoie.com*
8  1301 Second Avenue, Suite 4200
   Seattle, Washington 98101
9  Telephone: +1.206.359.8000
   Facsimile:  +1.206.359.9000
10

11 *Attorneys for Defendant GOOGLE LLC*

12                      **UNITED STATES DISTRICT COURT**

13                     **NORTHERN DISTRICT OF CALIFORNIA**

14                            **SAN FRANCISCO DIVISION**

15

16 | JOHN ROE and JANE ROE, on behalf of themselves and their minor child, M.C., | Case. No. 3:25-cv-08927-AMO |

17 Plaintiffs,

18 v.   **DECLARATION OF SUNITA BALI IN SUPPORT OF GOOGLE LLC'S MOTION TO STRIKE AND TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

19 GOOGLE LLC,

20 Defendant.   Date: May 14, 2026
              Time: 2:00 p.m.
21            Location: 19th Floor, Courtroom 10
              Judge: Hon. Araceli Martínez-Olguín
22

23

24

25

26

27

28

I, Sunita Bali, declare as follows:

1. I am a partner at the law firm Perkins Coie LLP and one of the attorneys representing Defendant Google LLC ("Google") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration and am competent to testify to its contents.

2. Attached as **Exhibit A** is a true and correct copy of the "Privacy and Security" page from Google's Google for Education website, retrieved from and publicly available at https://edu.google.com/intl/ALL_us/our-values/privacy-security/ (last accessed on January 7, 2026). Plaintiffs rely on this document in their FAC and quote it without attribution. *See* FAC ¶ 172.

3. Attached as **Exhibit B** is a true and correct copy of the Google Workspace for Education Terms of Service, retrieved from and publicly available at https://workspace.google.com/terms/education_terms/ (last accessed on January 7, 2026). Plaintiffs rely on this document in their FAC and quote it without attribution. *See* FAC ¶¶ 159, 281, 283, 284.

4. Attached as **Exhibit C** is a true and correct copy of Google Terms of Service applicable to Google Search, Google Chrome, and Chrome OS, retrieved from and publicly available at https://policies.google.com/terms?hl=en-US (last accessed on January 7, 2026). Plaintiffs rely on this document in their FAC and quote it without attribution. *See* FAC ¶ 45.

5. Attached as **Exhibit D** is a true and correct copy of the list of services that Exhibit C applies to, which is linked throughout Exhibit C, retrieved from and publicly available at https://policies.google.com/terms/service-specific?hl=en-US (last accessed on January 7, 2026).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of January, 2026 in Oakland, California.

By: */s/ Sunita Bali*
Sunita Bali