EXHIBIT A

 Google for Education

Our values    Products    Pricing    AI    Resources                      Sign in    Contact sales

Gemini now has added data protection. Chat with Gemini to save time, personalize learning and inspire creativity.    ✕

Home > Privacy and Security

# Safer digital learning with Google for Education

Google for Education provides industry-leading education technology that helps create a safer digital learning environment for every education organization, every classroom, and every student. Maintain control of your organization's data with tools that are secure by default and private by design.

Learn more



SECURE BY DEFAULT

## Privacy and security are built into Google for Education.



**Built-in protections**

Security updates are automatically applied in the background, so learning isn't disrupted.



**Proactive blocking**

AI-powered 24/7 monitoring helps prevent security issues while real-time alerts enable immediate action.



**Scalable and reliable**

Rely on our industry-leading global network built with multilayered security that can handle extreme shifts in demand with guaranteed 99.9% uptime.



**Helpful tips to stay ahead of threats**

**AI-powered security safeguards**

---

**Source URL:** https://edu.google.com/intl/ALL_us/our-values/privacy-security/
**Collection Timestamp:** Wed Jan 07 2026 15:29:37 GMT-0600 (Central Standard Time)



### Built-in protections

Security updates are automatically applied in the background, so learning isn't disrupted.



### Proactive blocking

AI-powered 24/7 monitoring helps prevent security issues while real-time alerts enable immediate action.



### Scalable and reliable

Rely on our industry-leading global network built with multilayered security that can handle extreme shifts in demand with guaranteed 99.9% uptime.



### Helpful tips to stay ahead of threats

Get customized recommendations from Google to address multiple security threats, like malware, ransomware, data leaks, and more.

### AI-powered security safeguards

Help keep your information protected with the ability to automatically detect and block threats before they ever reach you.

PRIVATE BY DESIGN

# Prioritize privacy for your community with tools that uphold the highest standards of digital responsibility.





### Support compliance

Our systems meet rigorous privacy standards and are regularly audited for compliance by third-party organizations.



### No ads

There's no advertising in Google Workspace for Education core services like Drive, Classroom, and Gmail, and personal information is never used or sold to third parties for targeting ads.



### Transparency you can trust

We apply strict security protocols to protect the personal information held by your organization and enable full transparency into our privacy policies.



### Admin-controlled generative AI tools

When you use our generative AI tools, product-level access is controlled by admins and no Google Workspace for Education data is used to improve or train AI models.

---

**Source URL:** https://edu.google.com/intl/ALL_us/our-values/privacy-security/

**Collection Timestamp:** Wed Jan 07 2026 15:29:37 GMT-0600 (Central Standard Time)



YOU'RE IN CONTROL

## Stay in control of your organization's data with easy-to-use privacy and security settings.



**Data ownership**

Retain full control over your data with tools that help you manage how, when, and where data can be accessed.



**Centralized controls**

Monitor and adjust your security settings from the security center across entire schools or institutions, classes, or individuals.



**Actionable analytics**

Monitor and act on real-time alerts that you can set in your security dashboard with reports you can customize to what you want to see.



**Advanced, proactive security options**

Choose from a range of upgrades to add security capabilities for your unique institution.

CONTENT YOU CAN TRUST

## Access high-quality, reliable educational resources.





Age-based content and safer browsing



Integrated apps, built for education



Partnering for quality

---

**Source URL:** https://edu.google.com/intl/ALL_us/our-values/privacy-security/

**Collection Timestamp:** Wed Jan 07 2026 15:29:37 GMT-0600 (Central Standard Time)



**Age-based content and safer browsing**

Default settings in Google Search and YouTube limit content that might be inappropriate for students under the age of 18, with flexibility for admins to adjust settings as needed.



**Integrated apps, built for education**

Quickly find quality apps for your institution with the Google for Education App Hub, a collection of EdTech apps that seamlessly integrate with Google for Education.



**Partnering for quality**

Teach and learn with high-quality educational apps. We work with build-partners focused on creating better, safer educational experiences.



**Support for building digital responsibility**

Help everyone in your educational community improve their digital citizenship and internet safety with a wealth of resources and training from Google, available at no charge.



**Responsible AI**

As AI advances, Google continues to invest in safeguards and testing. We work with child safety and development experts to help design age-appropriate content safety policies, including for models powering Gemini.

GOOGLE PRODUCTS

# Take a deeper look at Google for Education products and security offerings

**Google Workspace for Education**        Chromebooks

Google Workspace is one of the world's most secure cloud-based communication and productivity suites, with security and management tools to protect and monitor your entire domain. Choose the edition that best meets your institution's needs.

| Education Fundamentals | Education Standard | Education Plus |
|---|---|---|
| **Enterprise-grade data protection in Gemini** | **Enterprise-grade data protection in Gemini** | **Enterprise-grade data protection in Gemini** |
| Chats with Gemini are not human reviewed or otherwise used to improve AI models. | Chats with Gemini are not human reviewed or otherwise used to improve AI models. | Chats with Gemini are not human reviewed or otherwise used to improve AI models. |
| **Automatic protections** | **Automatic protections** | **Automatic protections** |
| Block more than 99.9% of spam, phishing attempts, and malware from ever reaching you with AI-powered protections in Gmail. | Block more than 99.9% of spam, phishing attempts, and malware from ever reaching you with AI-powered protections in Gmail. | Block more than 99.9% of spam, phishing attempts, and malware from ever reaching you with AI-powered protections in Gmail. |
| **Alert center** | **Alert center** | **Alert center** |

**Source URL:** https://edu.google.com/intl/ALL_us/our-values/privacy-security/

**Collection Timestamp:** Wed Jan 07 2026 15:29:37 GMT-0600 (Central Standard Time)

**Automatic protections**

Block more than 99.9% of spam, phishing attempts, and malware from ever reaching you with AI-powered protections in Gmail.

**Alert center**

View and take action on potential security threats against your domain in the comprehensive alert center.

**Identity and access management**

Manage access to tools with two-factor authentication, single sign-on, and password management.

**Audit and investigation**

Monitor and prevent unsafe practices across your domain with log events of user activity.

**Manage and archive your data**

Retain, search, and export user data while setting your own rules for data loss prevention (DLP).

Learn more

---

**Automatic protections**

Block more than 99.9% of spam, phishing attempts, and malware from ever reaching you with AI-powered protections in Gmail.

**Alert center**

View and take action on potential security threats against your domain in the centralized alert center.

**Identity and access management**

Manage access to tools with two-factor authentication, single sign-on, and password management.

**Audit and investigation**

Monitor and prevent unsafe practices across your domain with log events of user activity.

**Manage and archive your data**

Retain, search, and export user data while setting your own rules and data region policies to help support compliance requirements and data loss prevention (DLP).

**Advanced detection**

Prevent threats, centralize and automate monitoring, get insights and recommendations, and improve your overall security effectiveness in the security center.

**Quick remediation**

Prevent and remediate malware, phishing, spam, and other cyberattacks by quickly identifying issues and taking action from a central console.

**Granular controls**

Create context-aware policies for app access and control how files can be shared across groups, departments, and with outside organizations.

**Enterprise endpoint management**

Centrally deploy, set rules, perform audits, and more with endpoint device and app settings across Windows, Android, and iOS.

Learn more

---

**Automatic protections**

Block more than 99.9% of spam, phishing attempts, and malware from ever reaching you with AI-powered protections in Gmail.

**Alert center**

View and take action on potential security threats against your domain in the centralized alert center.

**Identity and access management**

Manage access to tools with two-factor authentication, single sign-on, and password management.

**Audit and investigation**

Monitor and prevent unsafe practices across your domain with log events of user activity.

**Manage and archive your data**

Retain, search, and export user data while setting your own rules and data region policies to help support compliance requirements and data loss prevention (DLP).

**Advanced detection**

Prevent threats, centralize and automate monitoring, get insights and recommendations, and improve your overall security effectiveness in the security center.

**Quick remediation**

Prevent and remediate malware, phishing, spam, and other cyberattacks by quickly identifying issues and taking action from a central console.

**Granular controls**

Create context-aware policies for app access and control how files can be shared across groups, departments, and with outside organizations.

**Enterprise endpoint management**

Centrally deploy, set rules, perform audits, and more with endpoint device and app settings across Windows, Android, and iOS.

Learn more

# Google Workspace for Education and Chromebooks support

**Source URL:** https://edu.google.com/intl/ALL_us/our-values/privacy-security/

**Collection Timestamp:** Wed Jan 07 2026 15:29:37 GMT-0600 (Central Standard Time)

Learn more                    Learn more

## Google Workspace for Education and Chromebooks support compliance with rigorous standards

Discover how Google for Education supports compliance with complex industry requirements with robust security, third-party audits and certifications, documentation, and legal commitments.

Learn more    Visit the GDPR Resource Center

✓ EU/EEA: GDPR (General Data Protection Regulation)

✓ US: FERPA (Family Educational Rights and Privacy Act)

✓ US: The Software & Information Industry Association

✓ US: COPPA (Children's Online Privacy Protection Act of 1998)

✓ ISO/IEC 27001 (Security), ISO/IEC 27701 (Privacy), and ISO/IEC 42001 (AI)



**GOOGLE FOR EDUCATION APP HUB**

Integrate trustworthy third-party education apps and content with Google Workspace for Education and Chromebooks.

Learn more

## Keep students safer online when they are using tools outside of school

Learning is at the core of what Google does. And as students learn and grow, we provide tools to keep students safer online, both in school and at home. School-issued and personal accounts are completely separate; in fact, for Google Workspace for Education accounts, all user data is owned and managed by the organization, not Google. All Google does is provide the technology to help keep learning going.

**Source URL:** https://edu.google.com/intl/ALL_us/our-values/privacy-security/

**Collection Timestamp:** Wed Jan 07 2026 15:29:37 GMT-0600 (Central Standard Time)

## Keep students safer online when they are using tools outside of school

Learning is at the core of what Google does. And as students learn and grow, we provide tools to keep students safer online, both in school and at home. School-issued and personal accounts are completely separate; in fact, for Google Workspace for Education accounts, all user data is owned and managed by the organization, not Google. All Google does is provide the technology to help keep learning going.



Visit the Family Safety Center

Learn more →



Explore the Guardian's Guide to Privacy & Security

Download guide →



Check out the Tech Toolkit for Families and Guardians on security

Watch video →

○ ○ ○ ○ ○

CONTACT US

# Get started with Google for Education

We're here to help you reach your goals with Google for Education. Contact us and we'll assist you with choosing the right technology for your school.

**Contact sales**

### Privacy & Security FAQs

Find answers to common questions about how Google protects your privacy and keeps your data safe.

Learn more

### Paid Workspace IT admin resources

Check out our collection of resources to help you set up and get started using your paid edition of Google Workspace for Education.

Learn more

### Check out our K-12 Cybersecurity Guidebook

Read our K-12 Cybersecurity Guidebook for best practices on protecting your school against threats.

Learn more →

### Safer learning with Google for Education

**Source URL:** https://edu.google.com/intl/ALL_us/our-values/privacy-security/

**Collection Timestamp:** Wed Jan 07 2026 15:29:37 GMT-0600 (Central Standard Time)

practices on protecting your school against
threats.

Learn more ⟫

### Safer learning with Google for Education

Learn how Google for Education helps provide
education organizations with safer digital learning
environments.

Learn more ⟫

✉ Sign up for updates, insights, resources, and more

Follow us    [f] [B] [t] [▶]

| Products | Get started | Institution Type | Our values |
|---|---|---|---|
| Classroom | Resources by role | K-12 | Our commitment |
| Gemini for Education | Paid Workspace | Higher Ed | Privacy and Security |
| Google Meet | Product help | Distance learning | Accessibility |
| Workspace LTI | App Hub | | Sustainability |
| Assignments | | **AI** | Future of Education |
| | **Training** | Our approach | |
| **Editions** | Learning Center | Google AI Pro for Education | **More from Google** |
| About editions | Course Catalog | Gemini for Education | Learning.Google |
| Education Fundamentals | Certifications | | Code with Google |
| Education Plus | Product demos | **Partner program** | Grow with Google |
| Compare editions | K-12 AI Use Cases | Find a partner | Google Education blog |
| Sign up for Education Fundamentals free trial | Higher Ed AI Use Cases | Sales partner | Google Workspace |
| | FAQ | Professional development partners | Google Cloud |
| **Add-ons** | | | Apply for Google Cloud credits |
| Google AI Pro for Education | **Support** | | |
| Teaching and Learning | Contact sales | | |
| | Customer stories | | |
| **Chromebooks** | Research | | |
| About Chromebooks | | | |

**Source URL:** https://edu.google.com/intl/ALL_us/our-values/privacy-security/

**Collection Timestamp:** Wed Jan 07 2026 15:29:37 GMT-0600 (Central Standard Time)

Google AI Pro for Education

Teaching and Learning

**Support**

Contact sales

Customer stories

Research

**Chromebooks**

About Chromebooks

ChromeOS Flex

Explore Devices

Repairability

**Connect**

Reference Program

Communities

News & events

Sign up for updates

Google    About Google    Google Products    Privacy    Terms

Help    United States (English)

**Source URL:** https://edu.google.com/intl/ALL_us/our-values/privacy-security/
**Collection Timestamp:** Wed Jan 07 2026 15:29:37 GMT-0600 (Central Standard Time)