# EXHIBIT D



**Source URL:** https://policies.google.com/terms/service-specific?hl=en-US

**Collection Timestamp:** Wed Jan 07 2026 16:10:10 GMT-0600 (Central Standard Time)



Terms of Service

Actions Center Additional Terms of Service ⧉

**Ads Transparency Center**          ≡ 2          ⌃

Terms of Service

Ads Transparency Center Additional Terms of Service ⧉

**AlphaFold Server**          ≡ 4          ⌃

Terms of Service

AlphaFold Server Additional Terms of Service ⧉

AlphaFold Server Prohibited Use Policy ⧉

AlphaFold Server Privacy Notice ⧉

**Android Accessibility Suite**          ≡ 1          ⌃

Terms of Service

**Android Auto**          ≡ 1          ⌃

Terms of Service

**Android Enterprise Essentials**          ≡ 2          ⌃

Terms of Service

Android Enterprise Data Processing and Security Terms ⧉

**Android OS**          ≡ 1          ⌃

Terms of Service

**Android TV**          ≡ 2          ⌃

Terms of Service

Google Play Terms of Service ⧉

**Authenticator**          ≡ 1          ⌃

**Source URL:** https://policies.google.com/terms/service-specific?hl=en-US

**Collection Timestamp:** Wed Jan 07 2026 16:10:10 GMT-0600 (Central Standard Time)



**Source URL:** https://policies.google.com/terms/service-specific?hl=en-US

**Collection Timestamp:** Wed Jan 07 2026 16:10:10 GMT-0600 (Central Standard Time)



**Source URL:** https://policies.google.com/terms/service-specific?hl=en-US
**Collection Timestamp:** Wed Jan 07 2026 16:10:10 GMT-0600 (Central Standard Time)



**Source URL:** https://policies.google.com/terms/service-specific?hl=en-US
**Collection Timestamp:** Wed Jan 07 2026 16:10:10 GMT-0600 (Central Standard Time)



**Source URL:** https://policies.google.com/terms/service-specific?hl=en-US
**Collection Timestamp:** Wed Jan 07 2026 16:10:10 GMT-0600 (Central Standard Time)



**Source URL:** https://policies.google.com/terms/service-specific?hl=en-US

**Collection Timestamp:** Wed Jan 07 2026 16:10:10 GMT-0600 (Central Standard Time)



**Source URL:** https://policies.google.com/terms/service-specific?hl=en-US
**Collection Timestamp:** Wed Jan 07 2026 16:10:10 GMT-0600 (Central Standard Time)



**Source URL:** https://policies.google.com/terms/service-specific?hl=en-US

**Collection Timestamp:** Wed Jan 07 2026 16:10:10 GMT-0600 (Central Standard Time)



Terms of Service

Google One Terms of Service ⬈

G Pay  Google Pay                                ≡ 3              ⌃

Terms of Service

Google Pay Terms ⬈

Google Pay & Wallet Console Additional Terms of Service ⬈

Google Photos                           ≡ 3              ⌃

Terms of Service

Generative AI Prohibited Use Policy

Google Photos User Content and Conduct Policy ⬈

G  Google Pixel Phones                   ≡ 1              ⌃

Terms of Service

Google Play                             ≡ 3              ⌃

Terms of Service

Google Play Terms of Service ⬈

Comment posting policy ⬈

Google Play Books                       ≡ 3              ⌃

Terms of Service

Google Play Terms of Service ⬈

Comment posting policy ⬈

Google Play Games                       ≡ 3              ⌃

Terms of Service

Google Play Terms of Service ⬈

Comment posting policy ⬈

Google Play Movies & TV                 ≡ 4              ⌃

**Source URL:** https://policies.google.com/terms/service-specific?hl=en-US

**Collection Timestamp:** Wed Jan 07 2026 16:10:10 GMT-0600 (Central Standard Time)



Terms of Service

Google Play Terms of Service ⬈

Comment posting policy ⬈

🟥 Google Play Movies & TV          ☰ 4          ⌃

Terms of Service

Google Play Terms of Service ⬈

Comment posting policy ⬈

Google Play Movies & TV Usage Rules ⬈

🛡️ Google Play Protect          ☰ 2          ⌃

Terms of Service

Google Play Terms of Service ⬈

🛍️ Google Shopping          ☰ 1          ⌃

Terms of Service

Ⓖ Google Store          ☰ 2          ⌃

Terms of Service

Google Store Sales Terms ⬈

Google Street View          ☰ 4          ⌃

Terms of Service

Google Maps/Google Earth Additional Terms of Service ⬈

Maps User Contributed Content Policy ⬈

Google-Contributed Street View Imagery Policy ⬈

🔷 Google Tag Manager          ☰ 5          ⌃

Terms of Service

Google Tag Manager Terms of Service ⬈

Google Tag Manager Use Policy ⬈

Google Tag Manager Community Template Gallery Developer Terms of Service ⬈

Google Tag Manager Community Template Gallery User Policies ⬈

**Source URL:** https://policies.google.com/terms/service-specific?hl=en-US

**Collection Timestamp:** Wed Jan 07 2026 16:10:10 GMT-0600 (Central Standard Time)



Terms of Service

Google Tag Manager Terms of Service ⬏

Google Tag Manager Use Policy ⬏

Google Tag Manager Community Template Gallery Developer Terms of Service ⬏

Google Tag Manager Community Template Gallery User Policies ⬏

**Google Trends** ≡ 1 ⌃

Terms of Service

**Google TV** ≡ 3 ⌃

Terms of Service

Google Play Terms of Service ⬏

Google Play Movies & TV Usage Rules ⬏

**Google Voice Starter** ≡ 3 ⌃

Terms of Service

Google Voice Starter Additional Terms of Service ⬏

Voice Acceptable Use Policy ⬏

**Google Wallet** ≡ 3 ⌃

Terms of Service

Google Pay Terms ⬏

Google Pay & Wallet Console Additional Terms of Service ⬏

**Google Web Designer** ≡ 1 ⌃

Terms of Service

**Google Workspace Individual** ≡ 6 ⌃

Terms of Service

Google Workspace Individual Terms of Service ⬏

eSignature Additional Terms of Service for Signers ⬏

Google Workspace Marketplace Terms of Service ⬏

**Source URL:** https://policies.google.com/terms/service-specific?hl=en-US
**Collection Timestamp:** Wed Jan 07 2026 16:10:10 GMT-0600 (Central Standard Time)



**Source URL:** https://policies.google.com/terms/service-specific?hl=en-US

**Collection Timestamp:** Wed Jan 07 2026 16:10:10 GMT-0600 (Central Standard Time)



Terms of Service

Generative AI Prohibited Use Policy

Keep        ≡ 1        ∧

Terms of Service

Labs.google        ≡ 2        ∧

Terms of Service

Generative AI Prohibited Use Policy

Local Guides        ≡ 2        ∧

Terms of Service

Local Guides Program Terms and Conditions ⬈

Looker Studio        ≡ 3        ∧

Terms of Service

Looker Studio Terms of Service (Submitter) ⬈

Looker Studio Terms of Service (User) ⬈

Maps        ≡ 5        ∧

Terms of Service

Generative AI Prohibited Use Policy

Google Maps/Google Earth Additional Terms of Service ⬈

Legal Notices for Google Maps/Google Earth and Google Maps/Google Earth APIs ⬈

Maps User Generated Content Policy Help ⬈

Mixboard        ≡ 2        ∧

Terms of Service

Generative AI Prohibited Use Policy

News        ≡ 1        ∧

**Source URL:** https://policies.google.com/terms/service-specific?hl=en-US

**Collection Timestamp:** Wed Jan 07 2026 16:10:10 GMT-0600 (Central Standard Time)



Terms of Service

Generative AI Prohibited Use Policy

News     ☰ 1

Terms of Service

NotebookLM     ☰ 2

Terms of Service

Generative AI Prohibited Use Policy

Opal     ☰ 2

Terms of Service

Generative AI Prohibited Use Policy

Optimize     ☰ 2

Terms of Service

Optimize Terms of Service ⧉

Patent Search     ☰ 1

Terms of Service

Personal Safety     ☰ 1

Terms of Service

Pinpoint     ☰ 3

Terms of Service

Generative AI Prohibited Use Policy

Pinpoint Program Policies ⧉

Phone     ☰ 1

**Source URL:** https://policies.google.com/terms/service-specific?hl=en-US

**Collection Timestamp:** Wed Jan 07 2026 16:10:10 GMT-0600 (Central Standard Time)



Generative AI Prohibited Use Policy

Pinpoint Program Policies ⬈

Phone                          ☰ 1                    ⌃

Terms of Service

PhotoScan                      ☰ 1                    ⌃

Terms of Service

Pointy from Google             ☰ 2                    ⌃

Terms of Service

Product Reader & Local Inventory app Additional Terms of Service ⬈

Privacy Sandbox                ☰ 2                    ⌃

Terms of Service

Coordinator Service Additional Terms of Service ⬈

Product Studio                 ☰ 2                    ⌃

Terms of Service

Product Studio Additional Terms ⬈

Project Mariner                ☰ 3                    ⌃

Terms of Service

Generative AI Prohibited Use Policy

Google Chrome and Chrome OS Additional Terms of Service ⬈

Recorder                       ☰ 1                    ⌃

Terms of Service

Reserve with Google            ☰ 2                    ⌃

---

**Source URL:** https://policies.google.com/terms/service-specific?hl=en-US

**Collection Timestamp:** Wed Jan 07 2026 16:10:10 GMT-0600 (Central Standard Time)



Terms of Service

Reserve with Google     ≡ 2     ^

Terms of Service

Reserve with Google Additional Terms of Service ⬈

Scholar     ≡ 1     ^

Terms of Service

Search     ≡ 3     ^

Terms of Service

Community Guidelines for user generated content on Search ⬈

Notes Terms of Service ⬈

Search Console     ≡ 1     ^

Terms of Service

Sheets     ≡ 3     ^

Terms of Service

Google Drive Terms of Service ⬈

Abuse program policies and enforcement ⬈

Sites     ≡ 3     ^

Terms of Service

Google Drive Terms of Service ⬈

Abuse program policies and enforcement ⬈

Slides     ≡ 3     ^

Terms of Service

Google Drive Terms of Service ⬈

Abuse program policies and enforcement ⬈

**Source URL:** https://policies.google.com/terms/service-specific?hl=en-US
**Collection Timestamp:** Wed Jan 07 2026 16:10:10 GMT-0600 (Central Standard Time)



**Source URL:** https://policies.google.com/terms/service-specific?hl=en-US

**Collection Timestamp:** Wed Jan 07 2026 16:10:10 GMT-0600 (Central Standard Time)



**Source URL:** https://policies.google.com/terms/service-specific?hl=en-US

**Collection Timestamp:** Wed Jan 07 2026 16:10:10 GMT-0600 (Central Standard Time)