1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN ROE and JANE ROE, on behalf of themselves and their minor child, M.C.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case. No. 3:25-cv-08927-AMO<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S REQUEST FOR JUDICIAL NOTICE AND MOTION TO STRIKE AND TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Date: May 14, 2026<br>Time: 2:00 p.m.<br>Location: 19th Floor, Courtroom 10<br>Judge: Hon. Araceli Martínez-Olguín |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

Before the Court is Defendant Google LLC ("Google")'s Request for Judicial Notice and Motion to Strike Statements from and to Dismiss the Amended Complaint filed by Plaintiffs John Roe and Jane Roe, on their own behalf and on behalf of their minor child, M.C. ("Plaintiffs"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and supporting Request for Judicial Notice.

Having considered the papers filed by the parties in connection therewith, the arguments of counsel, the pleadings and papers on file in this action, and all other matters properly before the Court, the Court hereby rules as follows:

1. Google's Request for Judicial Notice is GRANTED.

2. Google's Motion to Strike and to Dismiss Plaintiffs' Amended Complaint is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

The Honorable Araceli Martínez-Olguín