United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

John Roe and Jane Roe, on behalf of themselves and their minor child, M.C.

Plaintiff(s),

v.

Google LLC                                  ,

Defendant(s).

Case No. 4:25-cv-8927

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, William Andrew Liddell , an active member in good standing of the bar of Texas , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Kiley L. Grombacher , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 245960 .

904 Rio Grande St., Ste. 100, Austin, TX 78722
MY ADDRESS OF RECORD

512-200-8028
MY TELEPHONE # OF RECORD

andrew.liddell@edtech.law
MY EMAIL ADDRESS OF RECORD

31355 Oak Crest Drive, Suite 210, Westlake Village, CA 91361
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

805-270-7100
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

kgrombacher@bradleygrombacher.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: TX - 24070145 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: __June 11, 2026__

s/ William Andrew Liddell
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __William Andrew Liddell__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____6/22/2026_____

ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

Updated 11/2021

2