Rebecca A. Peterson (241858)
RPeterson@hechtpartners.com
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Tel.: (612) 778-9595
Fax: (888) 421-4173
**HECHT PARTNERS, LLP**

Julie U. Liddell (*pro hac vice*)
julie.liddell@edtech.law
W. Andrew Liddell (*pro hac vice*)
andrew.liddell@edtech.law
904 Rio Grande Street, Suite 100
Austin, TX 78701
Tel.: (512) 200-8028
**EDTECH LAW CENTER PLLC**

*Attorneys for Plaintiffs*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

JOHN ROE AND JANE ROE, on behalf of themselves and their minor child, M.C,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 4:25-cv-08927-AMO

**PLAINTIFFS' NOTICE OF MAJORITY PURSUANT TO FRCP 17**

Pursuant to Fed. R. Civ. P. 17, Plaintiffs hereby give notice that M.C. Roe recently reached the age of majority.

Dated: July 13, 2026

Respectfully submitted,

By: /s/ Julie U. Liddell

Julie U. Liddell (*pro hac vice*)
julie.liddell@edtech.law
W. Andrew Liddell (*pro hac vice*)
andrew.liddell@edtech.law
**EdTech Law Center PLLC**
904 Rio Grande Street, Suite 100
Austin, Texas 78701
Tel.: (512) 200-8028

Ephraim Samuel Geisler (*pro hac vice*)
sgeisler@awkolaw.com
**Aylstock, Witkin, Kreis and Overholtz**
17 East Main Street Suite 200
Pensacola, FL 32502
Telephone: (850) 202-1010

Rebecca A. Peterson (241858)
RPeterson@hechtpartners.com
Catherine Anne Peterson (*pro hac vice*)
CPeterson@hechtpartners.com
**Hecht Partners, LLP**
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Tel.: (612) 778-9595
Fax: (888) 421-4173

Kiley Lynn Grombacher
KGrombacher@bradleygrombacher.com
**Bradley Grombacher, LLP**
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Telephone: (805) 270-7100
Fax: (805) 618-2939

Ryan J. Ellersick (Cal Bar No. 357560)
Ryan.Ellersick@zimmreed.com
Caleb L. Marker
Caleb.Marker@zimmreed.com
**Zimmerman Reed LLP**
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Tel: (310) 752-9385

Will Horowitz (Cal. Bar No. 323961)
will@qureshi.law
Omar G. Qureshi (Cal. Bar No. 323493)
omar@qureshi.law
**Qureshi Law PC**
700 Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: (213) 600-6096

*Counsel for Plaintiffs*