Rebecca A. Peterson (241858)
RPeterson@hechtpartners.com
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Tel.: (612) 778-9595
Fax: (888) 421-4173
**HECHT PARTNERS, LLP**

Julie U. Liddell (*pro hac vice*)
julie.liddell@edtech.law
W. Andrew Liddell (*pro hac vice*)
andrew.liddell@edtech.law
904 Rio Grande Street, Suite 100
Austin, TX 78701
Tel.: (512) 200-8028
**EDTECH LAW CENTER PLLC**

*Attorneys for Plaintiffs*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN ROE AND JANE ROE, on behalf of themselves and their minor child, M.C, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:25-cv-08927-AMO <br><br> **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(I)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), M.C. Roe, John Roe, and Jane Roe hereby give notice of voluntary dismissal of this action without prejudice as to Defendant GOOGLE LLC.

Dated: July 13, 2026

Respectfully submitted,

By: /s/ Julie U. Liddell

Julie U. Liddell (*pro hac vice*)
julie.liddell@edtech.law
W. Andrew Liddell (*pro hac vice*)
andrew.liddell@edtech.law
**EDTECH LAW CENTER PLLC**
904 Rio Grande Street, Suite 100
Austin, Texas 78701
Tel.: (512) 200-8028

Ephraim Samuel Geisler (*pro hac vice*)
sgeisler@awkolaw.com
**AYLSTOCK, WITKIN, KREIS AND OVERHOLTZ**
17 East Main Street Suite 200
Pensacola, FL 32502
Telephone: (850) 202-1010

Rebecca A. Peterson (241858)
RPeterson@hechtpartners.com
Catherine Anne Peterson (*pro hac vice*)
CPeterson@hechtpartners.com
**HECHT PARTNERS, LLP**
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Tel.: (612) 778-9595
Fax: (888) 421-4173

Kiley Lynn Grombacher
KGrombacher@bradleygrombacher.com
**BRADLEY GROMBACHER, LLP**
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Telephone: (805) 270-7100
Fax: (805) 618-2939

Ryan J. Ellersick (Cal Bar No. 357560)
Ryan.Ellersick@zimmreed.com
Caleb L. Marker
Caleb.Marker@zimmreed.com
**ZIMMERMAN REED LLP**
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Tel: (310) 752-9385

Will Horowitz (Cal. Bar No. 323961)
will@qureshi.law
Omar G. Qureshi (Cal. Bar No. 323493)
omar@qureshi.law
**QURESHI LAW PC**
700 Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: (213) 600-6096

*Counsel for Plaintiffs*

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL                    1